# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAY 23 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) <br> vs. ) <br> Kevin Munoz ) <br> ) | Case No.  1:12CR0435 LJO SKO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Kevin Munoz____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following - You shall participate in a computer restriction and monitoring program as directed by the Pretrial Services Officer; You shall allow the Pretrial Services Officer to install monitoring software on any computers to which you have access, as approved by the Court, and you shall not remove, tamper with or in any way circumvent the software. You shall not use any computer without the software monitoring program installed by the Pretrial Services Officer. You shall submit your person, residence, office, vehicle or computer to random searches conducted by the Pretrial Services Officer at reasonable times and in a reasonable manner to ensure compliance with your conditions of release; failure to submit to a search may be grounds for revocation; you shall warn any other residents that the premises and your computer equipment may be subject to searches pursuant to this condition. All other previously ordered conditions not in conflict remain in fill force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_     5/8/13     _[signature]_     5-11-13
Signature of Defendant     Date     Pretrial Services Officer     Date
Kevin Munoz                              Lydia J. Serrano

I have reviewed the conditions and do not object to the modification.

/s/ David Gappa          May 1, 2013
Signature of Assistant United States Attorney     Date
David Gappa

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_ Charles J. Lee for     5/15/13
Signature of Defense Counsel     Date
Jeremy Kroger

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on    5/17/13
☐ The above modification of conditions of release is *not* ordered.

_[signature]_     5/17/13
Signature of Judicial Officer     Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services