1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | JEREMY KROGER, Bar #258956
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561
5 |
Counsel for Defendant
6 | KEVIN MUNOZ

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |

11 | UNITED STATES OF AMERICA,            )  Case No.  1:12-cr-00435 LJO-SKO
                                        )
12 |              Plaintiff,            )  STIPULATION TO VACATE JURY TRIAL
                                        )  AND SET FOR CHANGE OF PLEA HEARING;
13 |      vs.                           )  ORDER THEREON
                                        )
14 | KEVIN MUNOZ,                       )  DATE:  March 17, 2014
                                        )  TIME:  8:30 a.m.
15 |              Defendant.            )  JUDGE: Hon. Lawrence J. O'Neill
                                        )
16 |                                    )

17 | _____

18 |       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19 | respective attorneys of record herein, that the Jury Trial Hearing in the above-captioned

20 | matter now set for June 3, 2014, at 8:30 a.m., before Hon. Judge Lawrence J. O'Neill, **may be**

21 | **vacated and the matter reset for a change of plea hearing on March 17, 2014, at 8:30 a.m.,**

22 | **before the Honorable Lawrence J. O'Neill.**

23 |       Mr. Munoz has decided to enter a guilty plea.  The requested change of plea hearing will

24 | therefore conserve time and resources for both counsel and the Court.  The government has no

25 | objection to this request.

26 | //

27 | //

28 | //

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated:  March 7, 2014               */s/ David Gappa*_____
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  March 7, 2014               */s/ Jeremy Kroger*_____
                                        JEREMY KROGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        KEVIN MUNOZ



**O R D E R**


**THE COURT WILL PLACE THE CHANGE OF PLEA HEARING AS REQUESTED, BUT WILL VACATE THE TRIAL DATE ONLY UPON THAT CHANGE OF PLEA.**

IT IS SO ORDERED.

   Dated:  __**March 10, 2014**__              ___**/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

MUNOZ:  Stipulation to Vacate and
          Set for COP                         2